676 A.2d 1087

IN THE MATTER OF RICHARD L. BERNSTEIN,
AN ATTORNEY AT LAW.

June 18, 1996.

## ORDER

The Disciplinary Review Board on May 1, 1996, having filed with the Court its decision concluding that **RICHARD L. BERNSTEIN** of **WESTFIELD,** who was admitted to the bar of this State in 1974, should be suspended from the practice of law for a period of three months for violation of *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 8.1(b) (failure to cooperate with ethics authorities) and *RPC* 8.4(a) and (c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **RICHARD L. BERNSTEIN** is hereby suspended from practice for a period of three months, effective immediately, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.